# NO. 12-23-00172-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *CAROLINE MEADS BROOKSHIRE,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Caroline Meads Brookshire filed this original proceeding to challenge Respondent's grant of an ex parte temporary restraining order.[1]  On July 21, 2023, this Court conditionally granted the petition and directed Respondent to vacate her order signed June 28, 2023, granting Real Party in Interest Trenton Brookshire's motion for temporary restraining order and for other relief. By an order signed on July 25, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as *moot*.

Opinion delivered August 9, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Sara Maynard, Judge of the County Court at Law No. 2 in Smith County, Texas.  The Honorable Jason Ellis, Judge of the County Court at Law in Smith County, is the presiding judge over the underlying proceeding. Because Judge Ellis was on vacation at the time, Respondent signed the complained-of order in his stead.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 9, 2023**

**NO. 12-23-00172-CV**

**CAROLINE MEADS BROOKSHIRE,**
Relator
V.

**HON. JUDGE SARA K. MAYNARD,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Caroline Meads Brookshire; who is the relator in appellate cause number 12-23-00172-CV and a party to trial court cause number 22-1596-E, pending on the docket of the County Court at Law of Smith County, Texas. Said petition for writ of mandamus having been filed herein on June 30, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*